UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

*In Re:*

Chapter 13
Case No. 18-52051-A998

MURRAY STEPHEN KASMENN, **Debtor,**
U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,
**Creditor,**

---

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

---

Comes now BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP pursuant to

Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and

Demand for Service of Papers as Counsel for U.S. BANK TRUST, N.A., AS TRUSTEE FOR

LSF9 MASTER PARTICIPATION TRUST, party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in

any cases consolidated herewith, and all papers served or required to be served in this case and

in any cases consolidated herewith, be given to and served upon the undersigned attorneys at

the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
(972) 341-0500

This request encompasses all notices and pleadings including, without limitation,

notices of any orders, motions, pleadings or requests, formal or informal applications,

disclosure statement or plan of reorganization or any other documents brought before this

Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq. The undersigned firm will not accept service of process in any adversary case for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST.

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ ABBEY ULSH DREHER_____02/09/2018
  ABBEY ULSH DREHER
  GA NO. 113608
  4004 Belt Line Rd Ste. 100
  ADDISON, TX 75001
  Telephone: (972) 341-0500
  Facsimile: (972) 661-7725
  E-mail: GA.ND.ECF@BDFGROUP.COM
  ATTORNEY FOR CREDITOR

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 09, 2018, a true and correct copy of the Notice of

Appearance and Request for Duplicate Notice was served via electronic means as listed on the

Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.


Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ ABBEY ULSH DREHER_____ 02/09/2018
ABBEY ULSH DREHER
GA NO. 113608
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail:  GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
MURRAY STEPHEN KASMENN
4229 HIGHBORNE DRIVE
MARIETTA, GA 30066

**DEBTOR'S ATTORNEY:**
HOWARD P. SLOMKA
OVERLOOK III - SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA  30339

**TRUSTEE:**
NANCY J. WHALEY
303 PEACHTREE CENTER AVE.
SUITE 120
ATLANTA, GA  30303