**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

**MURRAY STEPHEN KASMENN,**                                    **CASE NO.: 18-52051-A998**

   Debtor.                                                                              **CHAPTER 13**

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

Pursuant to Rule 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned attorney enters this Notice of Appearance on behalf of U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST (hereinafter referred to as "Creditor"), a secured creditor in the above reference case on real property located at 4229 HIGHBORNE DRIVE, MARIETTA, GA 30066.  Creditor, through counsel hereby requests that all notices to Debtor (s) or Creditors also be mailed in car of Creditor as follows:

**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**


**RAS CRANE, LLC**

/s/ Andrea L. Betts_____
Andrea L. Betts
Attorney for Creditor
Georgia Bar # 432863
RAS Crane LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA  30097
Telephone: 470-321-7112
Fax: 404-393-1425
Email: abetts@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 28, 2018 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MURRAY STEPHEN KASMENN
4229 HIGHBORNE DRIVE NE
MARIETTA, GA 30066

HOWARD P. SLOMKA
SLIPAKOFF & SLOMKA
2859 PACES FERRY RD, SE
OVERLOOK III – SUITE 1700
ATLANTA, GA 30339

NANCY J WHALEY
STANDING CHAPTER 13 TRUSTEE
303 PEACHTREE CENTER AVENUE
SUITE 120, SUNTRUST GARDEN PLAZA
ATLANTA, GA 30303

This the 28th day of February, 2018.

**RAS CRANE, LLC**

/s/ Andrea L. Betts_____
Andrea L. Betts
Attorney for Creditor
Georgia Bar # 432863
RAS Crane LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA  30097
Telephone: 470-321-7112
Fax: 404-393-1425
Email: abetts@rascrane.com