IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

MURRAY STEPHEN KASMENN : CHAPTER 13
:
Debtor. : CASE NO.: 18-52051-JWC

**DEBTOR'S RESPONSE TO TRUSTEE'S SUPPLEMENTAL REPORT**

Comes now Debtor, by and through counsel, and files this response to the Chapter 13 Trustee's Supplemental Report requesting dismissal of this case filed on May 4, 2018 (Doc. 26).

1.

Debtor filed this case on February 5, 2018.

2.

The Confirmation hearing was held on April 17, 2018. The Chapter 13 Trustee agreed to place the case on a 10-day status for Debtor (i) to provide proof of post-petition mortgage payments, (ii) to file an amended Chapter 13 Plan and (iii) to file a MAC Notice of Hearing for the amended chapter 13 Plan. On May 7, 2018, Debtor an amended Chapter 13 Plan (Doc. No. 27) and the MAC Notice of Hearing for the amended chapter 13 Plan (Doc. No. 28). Proof of post-petition mortgage payments have been uploaded to the Chapter 13 Trustee's portal in www.13documents.com.

Wherefore, Debtor prays,

1) This response be read and considered;

2) That the Court does not dismiss the case;

      3) that case be set down for hearing on the matter or that the matter be addressed at the Confirmation hearing scheduled for June 5, 2018.

Date: May 7, 2018

\_\_\_\_\_/s_____
Howard Slomka
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd. SE
Atlanta, GA 30339
Tel. (404)800-4001

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:

| | | |
|---|---|---|
| MURRAY STEPHEN KASMENN | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 18-52051-JWC |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing pleading in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Nancy J. Whaley (served via ECF)
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Murray Stephen Kasmenn
4229 Highborne Drive NE
Marietta, GA 30066

SEE ADDITIONAL LIST OF CREDITORS ATTACHED

Date: May 7, 2018

_____/s_____
Howard Slomka
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd. SE
Atlanta, GA 30339

```
Label Matrix for local noticing        Julie M. Anania                        Andrea Lynn Betts
113E-1                                 Nancy J. Whaley                        RAS Crane, LLC
Case 18-52051-jwc                      Standing Chapter 13 Trustee            Suite 170
Northern District of Georgia           Suite 120                              10700 Abbotts Bridge Road
Atlanta                                303 Peachtree Center Ave, N.E.         Duluth, GA 30097-8461
Mon May  7 14:33:22 EDT 2018           Atlanta, GA 30303-1286

Caliber Home Loans, In                 (p)CAPITAL ONE                         Chase Card
13801 Wireless Way                     PO BOX 30285                           Po Box 15298
Oklahoma City, OK 73134-2500           SALT LAKE CITY UT 84130-0285           Wilmington, DE 19850-5298


Chase Mtg                              Abbey Ulsh Dreher                      (p)GEORGIA DEPARTMENT OF REVENUE
Po Box 24696                           Barrett Daffin Frappier Turner Engel LLP   COMPLIANCE DIVISION
Columbus, OH 43224-0696                Suite 100                              ARCS BANKRUPTCY
                                       4004 Belt Line Road                    1800 CENTURY BLVD NE SUITE 9100
                                       Addison, TX 75001-4320                 ATLANTA GA 30345-3202


IRS                                    Murray Stephen Kasmenn                 MIDLAND FUNDING LLC
401 W Peachtree Street NW              4229 Highborne Drive NE                MIDLAND CREDIT MANAGEMENT, INC. as agent
Atlanta, GA 30308                      Marietta, GA 30066-2427                for MIDLAND FUNDING LLC
                                                                              PO Box 2011
                                                                              Warren, MI 48090-2011


Nc Financial                           Rise                                   Howard P. Slomka
200 W Jackson Blvd Ste 2               4150 International Plaza               Slipakoff & Slomka, PC
Chicago, IL 60606-6941                 Fort Worth, TX 76109-4892              Overlook III - Suite 1700
                                                                              2859 Paces Ferry Rd, SE
                                                                              Atlanta, GA 30339-6213


U. S. Attorney                         U.S. Bank Trust, N.A.                  U.S. Bank Trust, N.A.
600 Richard B. Russell Bldg.           Robertson, Anschutz & Schneid, P. L.   c/o Caliber Home Loans, Inc.
75 Ted Turner Drive, SW                6409 Congress Avenue, suite 100        13801 Wireless Way
Atlanta GA 30303-3315                  Boca Raton, FL 33487-2853              Oklahoma City, OK 73134-2500


Wells Fargo Bank, N.A.                 Wffnb Retail                           Nancy J. Whaley
PO Box 10438, MAC F8235-02F            Po Box 94498                           Nancy J. Whaley, Standing Ch. 13 Trustee
Des Moines, IA  50306-0438             Las Vegas, NV 89193-4498               303 Peachtree Center Avenue
                                                                              Suite 120, Suntrust Garden Plaza
                                                                              Atlanta, GA 30303-1216
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One                            Georgia Department of Revenue
15000 Capital One Dr                   1800 Century Blvd
Richmond, VA 23238                     Suite 17200
                                       Atlanta, GA 30345
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank Trust, N.A.

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21