BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP               BDFTE# 00000007622210
4004 BELT LINE ROAD  SUITE 100
ADDISON, TX 75001
(972) 341-0500

Attorney for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-52051-JWC |
| | § | |
| MURRAY STEPHEN KASMENN, | § | |
| Debtor | § | CHAPTER 13 |
| | § | |
| U.S. BANK TRUST, N.A., AS | § | |
| TRUSTEE FOR LSF9 MASTER | § | |
| PARTICIPATION TRUST, | § | |
| Movant | § | CONTESTED MATTER |
| | § | |
| v. | § | |
| | § | |
| MURRAY STEPHEN KASMENN; | § | |
| NANCY J. WHALEY, Trustee | § | |
| Respondents | § | |

**MOTION OF U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST FOR RELIEF FROM STAY OF ACTION AGAINST DEBTOR PURSUANT TO 11 U.S.C. § 362(a) AND WAIVER OF THIRTY DAY REQUIREMENT PURSUANT TO § 362(e)**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, Movant, by and through the undersigned attorney, and moves the Court as follows:

1. This Motion is brought pursuant to 11 U.S.C. §362(d) in accordance with Rule 4001 of the Bankruptcy Rules.

2. On or about February 05, 2018, MURRAY STEPHEN KASMENN (hereinafter

"Debtor") filed a petition for an order of relief under Chapter 13 of the Bankruptcy Code.

3. At the time of filing the Chapter 13 petition, Movant held a ARM Note executed on January 21, 2005, by JENNIFER L KASMENN and MURRAY S. KASMENN in the original amount of TWO HUNDRED SEVENTY THOUSAND DOLLARS AND ZERO CENTS ($270,000.00) with interest thereon at an adjustable rate as stated in the ARM Note. A true and correct copy of the ARM Note is attached hereto as Exhibit "A".

4. The indebtedness is secured by a Security Deed dated January 21, 2005 and executed by JENNIFER L KASMENN and MURRAY S. KASMENN on real estate with all improvements known as:

The land referred to in this policy is situated in the STATE OF GEORGIA, COUNTY OF COBB, CITY OF MARIETTA, and described as follows:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 189 OF THE 16TH DISTRICT, 2ND SECTION, COBB COUNTY GEORGIA BEING LOT 126 OF HIGHLAND POINTE UNIT 3, AS PER PLAT RECORDED IN PLAT BOOK 136, PAGE 18, COBB COUNTY GEORGIA RECORDS. WHICH PLAT IS HEREBY REFERRED TO AND MADE PART THEREOF.

MORE COMMONLY KNOWN AS: 4229 HIGHBORNE DR, MARIETTA, GEORGIA 30066

A true and correct copy of the Security Deed is attached hereto as Exhibit "B".

5. Debtor failed to maintain current the post-petition payments due under the ARM Note and as of May 23, 2018, Debtor is in arrears for:

3 payment(s) which represents payment(s) for March 01, 2018 through May 01, 2018 ($1,914.30 each) totaling $5,742.90

Less debtor suspense funds of $1,914.00 for total post petition arrears of $3,828.90

6. The outstanding indebtedness to Movant is $213,376.52 principal plus accrued interest, late charges, attorneys fees and costs as provided in the ARM Note and Security

Deed.

    7.    In accordance with the terms of the ARM Note and Security Deed, Movant would allege that it is entitled to reasonable post-petition attorneys fees, including, but not limited to, fees, if any, for the preparation and filing of a proof of claim and fees and costs for the filing of this Motion for Relief from Stay. Specifically Movant requests attorney fees of $850.00 and costs of $181.00 for the filing of this Motion. Any recoverable fees will be recovered through an Agreed Order on this Motion or in a post petition fee notice, with any amounts adhering to applicable jurisdictional fee allowances.

    8.    Debtor has failed to provide adequate protection to Movant which constitutes cause to terminate the automatic stay of 11 U.S.C. §362(e).

    9.    By reason of the foregoing, Movant requests the Court to terminate the stay so Movant may proceed to foreclose in accordance with its ARM Note and Security Deed.

    10.    Movant reserves the right to assert an 11 U.S.C. § 362(d)(2) Cause of Action, if appropriate, at the hearing on Movant's Motion for Relief.

WHEREFORE, Movant prays that this Court enter an Order, after notice and hearing, terminating the automatic stay as to Movant and waives right to hearing within thirty (30) days as provided by 11 U.S.C. 362(e); alternatively Movant may be made whole by having all post petition payments, fees and costs brought current. Movant further prays that upon termination of the automatic stay, the pre-petition arrears shall no longer be funded under the Chapter 13 Plan, the post petition payments shall no longer be required & 11 U.S.C. § 1322 (b)(5) shall no longer be applicable, therefore Movant and Trustee shall no longer be subject to the subsequent notice requirements of Federal Rule of Bankruptcy Procedure 3002.1 with regard to the above-described property and that the Court waive the provision of Rule 4001(a)(3) and that Movant be permitted to immediately enforce and implement any order granting relief from

the automatic stay; that Movant be awarded its reasonable post-petition attorneys fees and expenses for this Motion; and, that Movant be granted such other and further relief as is just.

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP


BY: /s/ BRANDI R. LESESNE     06/08/2018
        BRANDI R. LESESNE
        GA NO. 141970
        4004 BELT LINE ROAD SUITE 100
        ADDISON, TX 75001
        Telephone: (972) 341-0500
        Facsimile: (972) 661-7725
        E-mail: GA.ND.ECF@BDFGROUP.COM
        ATTORNEY FOR MOVANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 08, 2018, true and correct copy of the foregoing Notice of Hearing and Motion for Relief from Stay as to Debtor was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ BRANDI R. LESESNE  06/08/2018

BRANDI R. LESESNE
GA NO. 141970
4004 BELT LINE ROAD SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail:  GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

**DEBTOR:**
MURRAY STEPHEN KASMENN
4229 HIGHBORNE DRIVE NE
MARIETTA, GA 30066

MURRAY STEPHEN KASMENN
4229 HIGHBORNE DR
MARIETTA, GA 30066

**CO-DEBTOR:**
JENNIFER L KASMENN
4229 HIGHBORNE DRIVE NE
MARIETTA, GA 30066

JENNIFER L KASMENN
4229 HIGHBORNE DR
MARIETTA, GA 30066

**TRUSTEE:**
NANCY J. WHALEY
303 PEACHTREE CENTER AVE.
SUITE 120
ATLANTA, GA  30303

**DEBTOR'S ATTORNEY:**
HOWARD P. SLOMKA
2859 PACES FERRY RD, SE
ATLANTA, GA  30339

**PARTIES IN INTEREST:**
CITIMORTGAGE
PO BOX 689196
DES MOINES, IA 50368-9196

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**PARTIES REQUESTING NOTICE:**
U.S. BANK, TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST
ANDREA BETTS
10700 ABBOTT'S BRIDGE ROAD, SUITE 170
DULUTH, GA 30097