**IT IS ORDERED as set forth below:**

Date: January 10, 2019

_____
**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| MURRAY STEPHEN KASMENN | { | CASE NO.: 18-52051-JWC |
| | { | |
| DEBTOR | { | |

### SUPPLEMENTAL ORDER OF CONFIRMATION

On December 18, 2018 at 1:30 p.m., Confirmation of the Debtor's proposed plan was scheduled for hearing before the Court. Appearances were made by counsel for the Debtor and counsel for the Trustee. The Trustee objected to the confirmation of this case for failure of the Debtor to submit to an Employee Deduction Order and it appears that the Debtor and the Chapter 13 Trustee have entered into this Agreement to resolve the Trustee's objection, **IT IS**

**ORDERED** that the Debtor shall strictly comply with the requirements of the Chapter 13 Plan. If during the first twelve (12) months following confirmation, Debtor fails to pay each plan payment on a timely basis, then the Chapter 13 Trustee may, without further notice, submit a report of non-

compliance to the Court, and the case may be dismissed without further hearing.

The Clerk of the Court is directed to serve this Order on the parties included in the attached distribution list.

**END OF DOCUMENT**

PREPARED BY:

____/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

CONSENTED BY:

___/s/_____
Shawn Eisenberg,
Attorney for the Debtor
GA Bar No. 128077
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339
*Signed by Julie M. Anania
with express permission*

## DISTRIBUTION LIST

Case Number **18-52051-JWC**

Murray Stephen Kasmenn
4229 Highborne Drive NE
Marietta, GA 30066

Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303