## UNITED  STATES  BANKRUPTCY  COURT
## NORTHERN  DISTRICT  OF  GEORGIA
## ATLANTA  DIVISION

IN  RE:                                      )    **CHAPTER 13**
**MURRAY STEPHEN KASMENN**                    )    **CASE NUMBER A18-52051-JWC**
                                             )
    **DEBTOR**            )

### WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

    COMES NOW Nancy Whaley, Standing Chapter 13 Trustee, in the above styled matter, and withdraws the Motion To Dismiss filed by the Trustee.

Respectfully Submitted,

/s/_____
    Julie M. Anania
    Attorney for the Chapter 13 Trustee
    State Bar No. 477064
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201

## CERTIFICATE OF SERVICE

Case No.:  A18-52051-JWC

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee withdraws the Trustee's Motion to Dismiss by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
MURRAY STEPHEN KASMENN
4229 HIGHBORNE DRIVE NE
MARIETTA, GA  30066

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee withdraws the Trustee's Motion to Dismiss through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com

This the 2nd day of March, 2020.

/s/_____

  Julie M. Anania
  Attorney for the Chapter 13 Trustee
  State Bar No. 477064
  303 Peachtree Center Avenue, NE
  Suite 120
  Atlanta, GA 30303
  678-992-1201